UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**CLAUDIO CABRERA,**

       **Plaintiff,**         <u>**ORDER**</u>

  **-against-**             **17-CV-2221 (MKB)**

**FROST RESTAURANT INC., et al.,**

       **Defendants.**
-------------------------------------------------------------------x

  This Court has reviewed the parties' Stipulation of Conditional Collective Certification and attachments, Docket Entry ("DE") #18, and requires the following modifications:

  (1) Neither the Court Authorized Notice of Lawsuit (DE #18-1), nor the Consent to Become a Party Plaintiff (DE #18-2), clearly informs prospective opt-ins that they may retain their own attorneys or proceed *pro se*; nor do the documents provide the Court's address, where the Consents forms should be sent if an opt-in retains separate counsel or proceeds *pro se*.

  (2) Part VII of the Court Authorized Notice of Lawsuit, and the Consent to Become a Party Plaintiff, do not make clear that in the event of a settlement, the one-third contingency fee may be deducted from the opt-in's settlement proceeds.

  (3) Part V and the last paragraph of Part III of the Court Authorized Notice of Lawsuit do not alert the prospective opt-ins to the running of the statute of limitations.

  The parties shall promptly confer and file amended documents, as described above.

  **SO ORDERED.**

**Dated: Brooklyn, New York**
   **August 7, 2017**

                /s/ *Roanne L. Mann*
                **ROANNE L. MANN**
                **CHIEF UNITED STATES MAGISTRATE JUDGE**